IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Michael Gregg-Wilson, ) | Civil Action No. 3:04-23132-MBS-JRM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| John Roveri, Director Sumter County Career ) | |
| Center (SCCC); Stuart A. Liddell, A.D. SCCC; ) | |
| Elmer Edwin Jackson, Machine Tool Instructor ) | |
| SCCC; Larry Culick, Welding Instructor SCCC; ) | |
| William Dyson, Building Construction Instructor ) | |
| SCCC; Charles J. Boykin, Attorney Duff, Turner, ) | |
| White & Boykin, L.L.C.; Jo R. White, ) | |
| Chairperson SCCC Board of Trustees; Zona ) | |
| Jefferson, board member; Wesley Blanding, board ) | |
| member; Charles Burns, board member; Tom ) | |
| Garrity, board member; James Griffin, board ) | |
| member; Kay Raffield, board member; Kurt ) | |
| Welday, board member, ) | |
| ) | **ORDER** |
| Defendants. ) | |
| ) | |

The pro se plaintiff, Michael Gregg-Wilson, is a former employee of the Sumter County Career Center ("SCCC"). In his thirty-one (31) page complaint, he alleges violations of his First and Fourteenth Amendment rights pursuant to 42 U.S.C. §§ 1981, 1983 and 1985(3).

Defendants filed a motion to compel answers to interrogatories and production of documents on March 21, 2005 pursuant to Fed. R. Civ. P. 37. The record shows that defendants served their first set of interrogatories and request to produce documents on plaintiff on February 1, 2005. Plaintiff failed to make any response. Defendants then filed the present motion. Plaintiff has not responded to the motion.

Defendants motion to compel is **granted**. Plaintiff shall fully and completely respond to defendants' interrogatories and document production requests on or before **May 6, 2005**. Plaintiff is warned that failure to comply with this order may result in sanctions (See Fed. R. Civ. P. 37) up to and including dismissal of this action.

AND IT IS SO ORDERED.

s/Joseph R. McCrorey  
United States Magistrate Judge

April 15, 2005

Columbia, South Carolina